THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK MOYNEHAN, Appellant, *v.* CHARLES H. GAUS, as Comptroller of the State of New York, et al., Respondents.

*People ex rel. Moynehan* v. *Gaus,* 134 App. Div. 80, affirmed.
(Argued February 7, 1910; decided February 22, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 28, 1909, which confirmed a determination of the defendant comptroller permitting the defendant Pruyn to redeem certain lands theretofore sold for taxes.

*George N. Ostrander* for appellant.

*Albert Hessberg* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.